MARK W. KELSEY (State Bar No. 295818)
LAW OFFICES OF MARK W. KELSEY
877 Ygnacio Valley Rd., Ste. 208
Walnut Creek, CA  94596
(ph) 925.476.5761; (fax) 925.476.5771
mark@markwkelseylaw.com

Attorney for Plaintiff
RICHARD LEE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEE,<br><br>Plaintiff<br><br>vs.<br><br>ANTHONY DE MAIO,<br><br>Defendant | Case No.: 5:17-cv-07234-NC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>CONFERENCE DATE:  August 1, 2018<br>TIME:  10:00AM<br>LOCATION:  San Jose Federal Courthouse<br>JUDGE:  Hon. Nathanael Cousins |

The parties in this matter hereby provide the following Joint Case Management Conference Statement.

**Status Report:**  The parties have settled the lawsuit through the mediator, Stephen Sulmeyer. The parties are requesting that the current Case Management

LEE V. DE MAIO   [NO. 5: 17-CV-07234-NC]    JOINT CASE MANAGEMENT STATEMENT                  1

Conference go off calendar and the court allow parties and counsel 45 days to finalize the Settlement Agreement and file the requisite Dismissal.

Dated: July 30, 2018

LAW OFFICES OF MARK W. KELSEY

By: /s/ Mark W. Kelsey
MARK W. KELSEY, Esq.
Attorney for Plaintiff, RICHARD LEE

LAW OFFICES OF BOOKE & AJLOUNY, LLP

By: /s/ Victoria L.H. Booke
VICTORIA L.H. BOOKE, Esq.
Attorney for Defendant, ANTHONY DEMAIO