1
2
3
4
5
6 # UNITED STATES DISTRICT COURT
7 ## NORTHERN DISTRICT OF CALIFORNIA
8
9

10 RICHARD LEE,

Case No. 17-CV-07234  NC

11           Plaintiff,

**ORDER OF CONDITIONAL DISMISSAL**

12     v.

Re: Dkt.  23

13 ANTHONY DE MAIO,

14           Defendant.

15

16      The Court having been notified of the settlement of this action, and it appearing that

17 no issue remains for the Court's determination,

18      IT IS HEREBY ORDERED THAT this action and all claims asserted herein are

19 DISMISSED with prejudice. The Court retains jurisdiction to enforce the terms of the

20 settlement. In the event that the settlement is not reached, any party may move to reopen the

21 case, provided that such motion is filed within 45 days.  All scheduled dates are

22 VACATED.

23      IT IS SO ORDERED.

24      Dated:   July 30, 2018

Nathanael M. Cousins
United States Magistrate Judge

25
26
27
28